# BEATTIE & ASSOCIATES, PLLC
*Attorneys at Law*

*Michael J. Beattie, Esq. (VA, DC)*

July 27, 2005          05-1471 (HHK)

To the Clerk of the United States District Court;

   Please attach these exhibits to the original complaint which was subsequently mailed we would like these exhibits added as they are mentioned in the complaint. You should receive this letter and our complaint simultaneously. If there are any questions please do not hesitate to call. This is for the case of Karen Stanley, plaintiff v. Children's National Medical Center.

Sincerely,

Michael Beattie, Esq
9502B Lee Highway
Fairfax, VA 22031
Phone 703-267-5784

# Children's
### National Medical Center®

Exhibit #4

111 Michigan Avenue, N.W.
Washington, DC 20010-2970
(202) 884-5000

May 9, 2005

Karen Stanley
4271 58th Avenue #12
Bladensburg, MD

Dear Karen,

This letter documents our conversation on Friday, May 6, 2005. As a result of your inappropriate actions, your employment with Children's Hospital was terminated effective May 6, 2005. In keeping with the information shared with you on April 27, 2005 regarding the eliminated position (Clinical Coordinator), you will be paid notice pay for the period May 9, 2005 through June 4, 2005 with your health insurance benefits remaining in effect through June 4, 2005.

Please make arrangements with Franklyn Baker to return any hospital property (keys, pager, etc.) in your possession. If you have questions about benefit continuation, please contact the Benefits Services Line at (202) 884-5983. I have enclosed COBRA information for your reference.

Sincerely,

*[signature]*

Karen Myers, SPHR
Senior Human Resources Consultant
Human Resources

Cc:  Franklyn Baker
     Greta Todd
     Human Resources file

ENCLOSURE

— Exhibit #1

Date:  May 4, 2005

To:  Whom it may concern

From: Mary Allen-Rochester

Re:  Karen Stanley

---

    I had the pleasure of working with Karen Stanley in the DC KIDS Program of Washington, D.C. Her skills included supervision, coordination of activities, problem-solving, multi-tasking, and the delivery of education and training to patients as well as staff. In addition, direct supervision of the daily activities of the call center and developing and implementing policies and procedures.

    Karen would be a welcome addition to any organization she chooses to be employed. She is a wonderful person to get to know. She has a special way of balancing her work and her interactions with people, which is a gift. If there is any other information you need to support Karen Stanley please don't hesitate to contact me at: 202-884-4191. It would be my pleasure to assist you. Thanks.

*Mary Allen-Rochester*

Mary Allen-Rochester
Manager of Clinical Services
Children's National Medical Center

Exhibit # 2

5/03/05

To whom it May Concern,

I have known Karen Stanley for a nearly a year now. I have functioned as her Supervisor and have been delighted to have her work with me. She is a hard worker she stays focused on the responsibilities she has at hand. She has a wealth of knowledge as it relates to patient care and patient care issues. She is on top of our hospital policies and procedures and her written documentation reflect this knowledge base.

Karen would be a welcome addition to any Organization she chooses to be employed. She is a leader and a wonderful person to get to know. She has a special way of balancing her work and her interactions with people, which is a gift. If there is any other information you need to support Karen Stanley please don't hesitate to contact me at 2/884/4191 it would be my pleasure to assist you. Thanks

Mary L. Allen- Rochester
Manager of Clinical Services
Children's National Medical Center

Children's
National Medical Center®

Exhibit #3

111 Michigan Avenue, N.W.
Washington, DC 20010-2970
(202) 884-5000

May 3, 2005

To Whom It May Concern:

Karen Stanley, RN, MSN has been working with the DC KIDS program for the past year and has made significant improvements to the program during her time here. Karen developed a database to track and monitor prescriptions, medical history and recommendations, which are vital to the program. Procedures and standards of performances have been written and implemented to ensure our contractual obligation. Employee morale, mentoring and coaching has improved significantly and resulted in an employee being promoted.

Karen's proactive, win/win approach to her job and her employees have made a tremendous impact on the program and employees. She has excellent critical thinking, problem solving and organizational skills and is a true asset to this program.

In closing, it has been an honor and pleasure working with Karen this past year, her leadership, ability to handle conflict, initiative, energy and self-confidence has been an inspiration to me and the entire department. If you would like to speak with me regarding Karen please feel free to contact me at 202 884-2507.

Regards,

*DeAunte' Lancaster*
DeAunte' Lancaster
Business Service Manager
DC KIDS Program