IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN STANLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05CV01471 (HHK) |
| ) | |
| CHILDREN'S NATIONAL MEDICAL ) | |
| CENTER ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

The Children's National Medical Center ("CNMC" or "Defendant"), by undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, hereby respectfully requests that the time for it to answer or otherwise respond to Plaintiff's Complaint be extended until Wednesday, October 5, 2005.

Plaintiff consents to this extension of time.

In further support of this consent Motion, Defendant states:

1. Plaintiff filed her Complaint on or about July 26, 2005, and served it on Defendant on or about August 25, 2005. Defendant's response to Plaintiff's Complaint is presently due on Wednesday, September 14, 2005.

2. Due to workload issues and out of town business travel by undersigned counsel, and so that the allegations in the Complaint may be properly investigated and a response made, Defendant requests a brief extension of time to answer or otherwise respond.

3. Granting this extension will not effect the orderly and efficient administration of justice.

4. Accordingly, and so that the Defendant may be afforded sufficient time to investigate and properly respond to Plaintiff's allegations, undersigned counsel respectfully

DC1 30152413.1

requests a twenty-one (21) day extension of the time to answer or otherwise respond to Plaintiff's Complaint, up to and including October 5, 2005.

5. Plaintiff's counsel consents to the twenty-one (21) day extension of time until October 5, 2005.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that it be granted an extension of time until Wednesday, October 5, 2005, to submit its Answer or otherwise respond to Plaintiff's Complaint.

>Respectfully submitted,
>
>THE CHILDREN'S NATIONAL MEDICAL CENTER
>
>/s/ Raymond C. Baldwin
>
>Raymond C. Baldwin #461514
>
>SEYFARTH SHAW
>815 Connecticut Avenue, N.W.
>Suite 500
>Washington, D.C. 20006-4004
>(202) 463-2400
>
>Attorneys for Defendants

Date: September 13, 2005

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint was served electronically, and by first-class U.S. mail, postage prepaid, this 13th day of September 2005, upon:

      Michael J. Beattie, Esq.
      9502B Lee Highway
      Fairfax, Virginia 22031

      Attorney for Plaintiff

                /s/ Raymond C. Baldwin
                    Raymond Baldwin