# EXHIBIT 1

DC1 30152500.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN STANLEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHILDREN'S NATIONAL MEDICAL )<br>CENTER )<br>)<br>Defendant. )<br>_____) | Case No.: 1:05CV01471 (HHK) |

## **ORDER**

Upon consideration of Defendant's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2005,

ORDERED, that the Motion be and HEREBY is GRANTED, and that

The Children's National Medical Center shall Answer or otherwise respond to Plaintiff's Complaint by October 5, 2005.

_____
U.S. District Court Judge

DATE: _____