**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KAREN STANLEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:05CV01471 (HHK) |
| | ) | |
| CHILDREN'S NATIONAL MEDICAL CENTER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of Defendant's Motion to Dismiss, and any Opposition thereto and the entire record herein, it is this _____ day of _____, 2005,

ORDERED, that Defendant's Motion be and HEREBY IS GRANTED, and that Plaintiff's Complaint is HEREBY DISMISSED WITH PREJUDICE.  So Ordered.

_____

The Honorable Henry H. Kennedy, Jr.