# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN STANLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:05CV01471 (HHK) |
| | ) |
| CHILDREN'S NATIONAL MEDICAL CENTER | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

Children's National Medical Center ("Children's")[1], by undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, hereby submits its Motion to Dismiss. In support thereof, Children's states:

1. Plaintiff's defamation claim must be dismissed because she concedes the truth of the allegedly defamatory statement.

2. Plaintiff's defamation claim must be dismissed because she cannot establish that the statement defamed or harmed her in anyway or that it was not privileged.

3. Plaintiff's claim of libel *per se* should be dismissed because she was not accused of a criminal offense and cannot therefore maintain such a claim.

4. Plaintiff's claim of libel *per se* should be dismissed for the additional reason that Plaintiff cannot establish that the letter confirming the termination of her employment was not privileged.

---

[1] Children's National Medical Center is not a proper party to this lawsuit. Plaintiff's former employer, and the employer of the other individuals identified in her Amended Complaint is Children's Hospital, a separate legal entity.

WHEREFORE, for the foregoing reasons and those set forth more fully in Defendant's Memorandum of Points and Authorities in Support hereof and incorporated herein by reference, Defendant Children's respectfully requests that Plaintiff's Amended Complaint be dismissed in its entirety and with prejudice.

    Respectfully submitted,

    THE CHILDREN'S NATIONAL MEDICAL CENTER

    /s/ Raymond C. Baldwin
    Raymond C. Baldwin #461514

    SEYFARTH SHAW
    815 Connecticut Avenue, N.W.
    Suite 500
    Washington, D.C. 20006-4004
    (202) 463-2400

    Attorneys for Defendants

Date: December 27, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAREN STANLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05CV01471 (HHK) |
| ) | |
| CHILDREN'S NATIONAL MEDICAL ) | |
| CENTER ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss, and any Opposition thereto and the entire record herein, it is this _____ day of _____, 2005,

ORDERED, that Defendant's Motion be and HEREBY IS GRANTED, and that Plaintiff's Amended Complaint is HEREBY DISMISSED WITH PREJUDICE.

So Ordered.

_____

The Honorable Henry H. Kennedy, Jr.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion to Dismiss with Memorandum of Points and Authorities in Support thereof was served electronically, this 27th day of December 2005, upon:

>Michael J. Beattie, Esq.
>9502B Lee Highway
>Fairfax, Virginia 22031
>
>Attorney for Plaintiff

>/s/ Raymond C. Baldwin
>Raymond Baldwin