UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN STANLEY,<br><br>          Plaintiff,<br><br>      v.<br><br>CHILDREN'S NATIONAL MEDICAL CENTER,<br><br>          Defendant. | Civil Action 05-01471 (HHK) |

**ORDER**

On December 12, 2005, plaintiff filed her amended complaint (#10). Defendant filed a motion to dismiss the amended complaint on December 27, 2006 (#11). Plaintiff filed her opposition to the motion on February 15, 2006 (#13), long after the time permitted by the rules of this court which require that a memorandum of points and authorities in opposition to a motion be filed "[w]ithin 11 days of the date of service [of the motion] or at such other time as the court may direct. . . .".LCvR 7.1. As this court did not authorize the filing of an opposition at any time other than within 11 days of the date of service of defendant's motion, plaintiff's opposition is untimely and unauthorized.

Accordingly, it is this 27th day of February, 2006, hereby,

**ORDERED** that plaintiff's opposition to defendant's motion to dismiss (#13) is **STRICKEN** and shall be removed from this court's electronic docket..

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge