UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN STANLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>CHILDREN'S NATIONAL MEDICAL CENTER,<br><br>    Defendant. | Civil Action 05-01471 (HHK) |

**ORDER**

On February 27, 2006, this court entered an order (Document #15) striking plaintiff's opposition to defendant's motion to dismiss, and further ordering that the document be removed from the court's electronic docket. After reconsideration, the court determines that while the portion of the order striking the opposition remains in effect, the document need not be removed from the electronic docket. Accordingly, it is this 1st day of March, 2006, hereby

**ORDERED** that the portion of this court's February 27th order that required the Clerk of the Court to remove plaintiff's opposition from the court's electronic docket is **VACATED.**

                     Henry H. Kennedy, Jr.
                     United States District Judge