IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN STANLEY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Case No.:  1:05cv1471 (HHK) |
| | ) |
| CHILDREN'S NATIONAL MEDICAL CENTER | ) |
| | ) |
|     Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LCvR 83.6(c), Michael J. Beattie respectfully moves this court for an Order permitting him to withdraw as counsel to Plaintiff due to Plaintiff's repeated refusal to pay for services rendered.  A proposed order permitting counsel to withdraw and directing Plaintiff to appoint another attorney to appear is attached.

Respectfully Submitted,

\_\_\_\_/s/ Michael J. Beattie\_\_\_\_
Michael J. Beattie
DCB#  450873
9502B Lee Highway
Fairfax, Virginia 22031
(703) 267-5784

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAREN STANLEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHILDREN'S NATIONAL MEDICAL CENTER )<br>)<br>Defendant. ) | Case No.: 1:05cv1471 (HHK) |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Pursuant to LCvR 83.6(c), it is

**ORDERED** that Plaintiff's counsel motion to withdraw as counsel is **GRANTED**.

Plaintiff is directed to appoint another attorney to appear in the above-captioned matter.

_____
Henry H. Kennedy, Jr.
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion to Withdraw as Counsel was sent via U.S. Mail on this 27th day of July, 2006 to:

Raymond C. Baldwin
Seyfarth Shaw
815 Connecticut Ave., NW
Ste. 500
Washington, DC 20006

                                                            /s/ Michael J. Beattie
                                                                 Michael J. Beattie
                                                               Counsel for Plaintiff