UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN STANLEY,<br><br>                Plaintiff,<br><br>                v.<br><br>CHILDREN'S NATIONAL MEDICAL CENTER,<br><br>                Defendant. | Civil Action 05-01471 (HHK) |

**ORDER**

Before the court is attorney Michael J. Beatie's motion to withdraw as counsel (Dkt. #17). LCvR 83.6 states that "[a] motion to withdraw an appearance shall be accompanied by a certificate of service listing the party's last known address and stating that the attorney has served upon the party a copy of the motion and a notice advising the party to obtain other counsel, or, if the party intends to conduct the case *pro se* or object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion." No such certificate of service was filed with Beatie's motion. Accordingly, it is this 28th day of July, 2006, hereby

**ORDERED** that Beatie's motion to withdraw as counsel is **DENIED** without prejudice.

                                                          Henry H. Kennedy, Jr.
                                                          United States District Judge