## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KAREN STANLEY,

               Plaintiff,

          v.

CHILDREN'S NATIONAL MEDICAL
CENTER,

               Defendant.

Civil Action 05-01471 (HHK)

## ORDER

Before the court is the defendant's unopposed motion to dismiss the amended complaint [#11], filed December 27, 2005. Plaintiff filed an opposition to the motion on February 15, 2006 [#13], well after the 11 days from the date of service required by the applicable rules without leave of court. *See* LCvR 7(b). As the court had not authorized an enlargement of time, the court struck plaintiff's opposition as untimely and unauthorized on February 27, 2006.

Because plaintiff did not file a timely opposition to defendant's motion to dismiss, the court treats defendant's motion as conceded. *See id*. Accordingly, it is this 12th day of January, 2007, hereby

**ORDERED** that defendant's motion to dismiss [#11] is **GRANTED**, and the amended complaint [#10] is **DISMISSED**.

Henry H. Kennedy, Jr.
United States District Judge